IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| MICHAEL BRANDON HILL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 120-166 |
| | ) | |
| WARDEN EDWARD PHILBIN; UNIT | ) | |
| MANAGER CLIFORD BROWN; | ) | |
| CORRECTION OFFICER FLUKER; | ) | |
| CORRECTION OFFICER MOSS; | ) | |
| CORRECTION OFFICER WADE; | ) | |
| CORRECTION OFFICER EVERET; and | ) | |
| CORRECTION OFFICER WOODS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. The Court notes the Magistrate Judge's February 3, 2021 Report and Recommendation was returned as undeliverable despite being properly addressed to Plaintiff, (see doc. no. 7), thereby leaving the Court with a stagnant case. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___10th___ day of March, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA