AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MICHAEL BRANDON HILL,

    Plaintiff,

                        JUDGMENT IN A CIVIL CASE

    v.                        CASE NUMBER: CV 120-166

WARDEN EDWARD PHILBIN, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of March 10, 2021, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court, this case is DISMISSED without prejudice, and this civil action stands CLOSED.

03/10/2021                                      John E. Triplett, Acting Clerk
Date                                                   Clerk



                                                         Tara H. Burton
                                                         (By) Deputy Clerk